| JS 45 (11/2002) | **REDACTED** | |
|---|---|---|
| **Criminal Case Cover Sheet** | | **U.S. District Court** |

| Place of Offense: | | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|---|
| City: EDVA | Superseding Indictment: | | Criminal Number: 2:19cr 132 |
| County/Parish: | Same Defendant: | | New Defendant: JOSHUA WHITE |
| | Magistrate Judge Case Number: | | Arraignment Date: |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____. | | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# | |
|---|---|---|
| Defendant: JOSHUA WHITE | | Alias Name(s): |
| Address: Virginia Beach, VA | | |
| Birth Date: xx-xx-1986 | SS#: xxx-xx-xxxx | Sex: M | Race: W | Nationality: | Place of Birth: |
| Height: 5'10" | Weight: 210 | Hair: BRO | Eyes: BRO | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | |
| | State ID: ▮▮▮ | |

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____. | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested for |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: Jarrett McCormack | ☐ Court Appointed |
|---|---|
| Address: McCormack & McCormack<br>611 Lynnhaven Parkway<br>Virginia Beach, VA 23452 | ☒ Retained |
| Telephone: (757) 463-7224 | ☐ Public Defender |
| Email: ▮▮▮▮▮ | |
| ▮▮▮▮▮ | |

## U.S. Attorney Information:

| AUSA: Daniel P. Shean | Telephone No. 757-441-6331 | Bar #: 84432 |

## Complainant Agency, Address & Phone Number or Person & Title:

| David Desy, Special Agent (FBI) |

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(1) | Transportation of Child Pornography | 1 | Felony |
| Set 2 | 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography | 2 | Felony |
| Set 3 | 18 U.S.C. § 2253 | Criminal Forfeiture | | |