# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

10938358
FBI
ORIGINAL
SEALED

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 2:19cr132 |
| JOSHUA WHITE | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Joshua White    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.18 USC 2252(a)(1) - Transportation of Child Pornography (Count One et al.)

FILED
IN OPEN COURT
JUL 29 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Date:    07/24/2019

*Issuing officer's signature*

City and state:   Norfolk, Virginia           Lawerence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/24/19, and the person was arrested on *(date)* 7/29/19
at *(city and state)* Chesapeake, VA.

Date: 7/29/19

*Arresting officer's signature*

David Dery, Special Agent
*Printed name and title*