# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA



FILED
IN OPEN COURT

JUL 29 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

V.

Joshua White
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case No. 2:19cr132

Upon motion of the __United States__

detention hearing is set for __8-2-19__ * at __2:00__
                              *Date*                             *Time*

before __United States Magistrate Judge LRL__
                            *Name of Judicial Officer*

__Norfolk, Virginia__
                            *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

*Other Custodial Official*

Date: __7-29-19__          [signature]
                                                           *Judge*

    If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.